# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1126

VERSUS

RICHARD B. LAY                                 **NOVEMBER 29, 2021**

_____

In Re:    Richard B. Lay, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          215530.

_____

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

    **WRIT DENIED.**

                            **JMG**
                            **GH**
                            **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT